# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 17-70777-JAD |
| Jerry A. McKinney and | ) |
| Kathy J. McKinney, | ) **Chapter** 13 |
|        **Debtors,** | ) |
| Jerry A. McKinney and | ) **Related Document No.** 7 |
| Kathy J.McKinney**,** | ) |
|        **Movants,** | ) **Hearing Date:** 12/15/17 @ 10:00 a.m. |
|    **vs.** | ) |
| ACS/College Loan Corp., Advanced | ) **Response Due:** 11/20/17 |
| Disposal, AFNI, Alliance One, Ally | ) |
| Financial, Altoona Regional, AM Std Asst, | ) **Document No.** |
| Apex Asset, Barks Credit & Collections | ) |
| Beneficial, Calvary Portfolio Services, | ) |
| Capital One, Cawley & Bergmann, LLP, | ) |
| CCS/Nationwide Insurance, Centre | ) |
| Diagnostic, Centre Emergency Med., | ) |
| Chase Card, Chase Mortgage, Clair and | ) |
| Eleanor Godissart, Clearfield Hospital, | ) |
| Collection Service Center, Comcast Cable, | ) |
| Commonwealth of PA, Complete Payment | ) |
| History, Continental Finance, credit bureau | ) |
| Lancaster County, Inc., Credit Collections | ) |
| Services, Credit Control Collections, Credit | ) |
| Management Company, David J. Hickton, | ) |
| Esq., Delta Management Associates, Inc, | ) |
| Exeter Finance Corp., First Premier, | ) |
| Geisinger, Geisinger Health System, | ) |
| Holiday Financial, Home Health Resource, | ) |
| HSBC, HSBC Mortgage Services Inc., | ) |
| ICN IPA Collection, Internal Revenue | ) |
| Service, KML Law Group, P.C., | ) |
| L.S. Ross Assoc., Laffey & Associates, | ) |
| Laurel Eye Clinic, Lowes, LTD Financial | ) |
| Services, LVNV Funding LLC, M&T Bank | ) |
| Mabt/contfin, Med East Post Opd | ) |
| Surgical, Medicredit Inc., Meredith Manor, | ) |
| Midland Funding, Mihalkd's, MRS | ) |
| Associates, Mt. Nittany Medical Center, | ) |
| Mt. Nittany Physician Group, National | ) |
| Credit Adjusters, National Recovery, | ) |
| Northland Group Inc,. PA Collection, | ) |
| Penn Credit, Penn Highlands, Penn | ) |
| Highlands Clfd, Penn Highlands | ) |
| Dubois, Portfolio Recovery , Associates, | ) |
| LLC, R&R Radiology, Consultants, | ) |

| | |
|---|---|
| Scheer, Green & Burke, Schumacher | ) |
| Group, Southwest Credit Systems | ) |
| Springleaf, The Caring Healthcare | ) |
| Network, The HMC Group, Transworld | ) |
| Systems, Tribute, Card, Tyrone Hospital, | ) |
| United Recovery Systems, UOC, UPMC | ) |
| Verizon, | ) |
| **Respondents.** | ) |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF Jerry A. McKinney and Kathy A. McKinney FOR Motion to Extend Automatic Stay**

**TO THE RESPONDENT(S):**

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **November 20, 2017**, seventeen (17) days after the date of service below, in accordance with the Federal Rules Of Bankruptcy Procedure, Local Rules And Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on **December 15, 2017, at 10:00 a.m.** before Judge Deller in Courtroom B, First Floor Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania 15901*. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

| | |
|---|---|
| **Date of Service:** November 2, 2017 | /s/ Donald R. Calaiaro _____ |
| | **Donald R. Calaiaro, Esquire, PA I.D. #27538** |
| | dcalaiaro@c-vlaw.com |
| | /s/ David Z. Valencik_____ |
| | **David Z. Valencik, Esquire,   PA I.D. #308361** |
| | dvalencik@c-vlaw.com |
| | /s/ Michael Kaminski_____ |
| | **Michael Kaminski, Esquire,   PA I.D. 53493** |
| | mkaminski@c-vlaw.com |
| | **CALAIARO VALENCIK** |
| | **428 Forbes Avenue, Suite 900** |
| | **Pittsburgh, PA  15219-1621** |
| | **(412) 232-0930** |

* NOTE: Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and also in Courtroom in Pittsburgh, Pennsylvania. Attorneys may appear at either Courtroom B in Johnstown, or Courtroom D in Pittsburgh.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** ) | **Bankruptcy No.** 17-70777-JAD |
| Jerry A. McKinney and ) | |
| Kathy J. McKinney, ) | **Chapter** 13 |
|     **Debtors,** ) | |
| Jerry A. McKinney and ) | **Related Document No.** 7 |
| Kathy J.McKinney**,** ) | |
|     **Movants,** ) | **Hearing Date:** 12/15/17 @ 10:00 a.m. |
|   vs. ) | |
| ACS/College Loan Corp., Advanced ) | **Response Due:** 11/20/17 |
| Disposal, AFNI, Alliance One, Ally ) | |
| Financial, Altoona Regional, AM Std Asst, ) | **Document No.** |
| Apex Asset, Barks Credit & Collections ) | |
| Beneficial, Calvary Portfolio Services, ) | |
| Capital One, Cawley & Bergmann, LLP, ) | |
| CCS/Nationwide Insurance, Centre ) | |
| Diagnostic, Centre Emergency Med., ) | |
| Chase Card, Chase Mortgage, Clair and ) | |
| Eleanor Godissart, Clearfield Hospital, ) | |
| Collection Service Center, Comcast Cable, ) | |
| Commonwealth of PA, Complete Payment ) | |
| History, Continental Finance, credit bureau ) | |
| Lancaster County, Inc., Credit Collections ) | |
| Services, Credit Control Collections, Credit ) | |
| Management Company, David J. Hickton, ) | |
| Esq., Delta Management Associates, Inc, ) | |
| Exeter Finance Corp., First Premier, ) | |
| Geisinger, Geisinger Health System, ) | |
| Holiday Financial, Home Health Resource, ) | |
| HSBC, HSBC Mortgage Services Inc., ) | |
| ICN IPA Collection, Internal Revenue ) | |
| Service, KML Law Group, P.C., ) | |
| L.S. Ross Assoc., Laffey & Associates, ) | |
| Laurel Eye Clinic, Lowes, LTD Financial ) | |
| Services, LVNV Funding LLC, M&T Bank ) | |
| Mabt/contfin, Med East Post Opd ) | |
| Surgical, Medicredit Inc., Meredith Manor, ) | |
| Midland Funding, Mihalkd's, MRS ) | |
| Associates, Mt. Nittany Medical Center, ) | |
| Mt. Nittany Physician Group, National ) | |
| Credit Adjusters, National Recovery, ) | |
| Northland Group Inc,. PA Collection, ) | |
| Penn Credit, Penn Highlands, Penn ) | |
| Highlands Clfd, Penn Highlands ) | |
| Dubois, Portfolio Recovery , Associates, ) | |
| LLC, R&R Radiology, Consultants, ) | |

| | |
|---|---|
| Scheer, Green & Burke, Schumacher Group, Southwest Credit Systems Springleaf, The Caring Healthcare Network, The HMC Group, Transworld Systems, Tribute, Card, Tyrone Hospital, United Recovery Systems, UOC, UPMC Verizon, | ) ) ) ) ) ) ) ) |
| **Respondents.** | ) |

**CERTIFICATE OF SERVICE OF Notice of Hearing and
Motion to Extend Automatic Stay**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 2, 2017.

MAILING MATRIX

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** November 2, 2017

/s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
**dcalaiaro@c-vlaw.com**
/s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361**
**dvalencik@c-vlaw.com**
/s/ Michael Kaminski
**Michael Kaminski, Esquire,   PA I.D. 53493**
**mkaminski@c-vlaw.com**
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**