# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 17-70777-JAD |
| Jerry A. McKinney and | ) |
| Kathy J. McKinney, | ) **Chapter** 13 |
| **Debtors,** | ) |
| Jerry A. McKinney and | ) **Related Document No**. 12-7 |
| Kathy J.McKinney, | ) |
| **Movants,** | ) **Hearing Date:** 12/15/17 @ 10:00 a.m. |
| vs. | ) |
| ACS/College Loan Corp., Advanced Disposal, AFNI, Alliance One, Ally Financial, Altoona Regional, AM Std Asst, Apex Asset, Barks Credit & Collections Beneficial, Calvary Portfolio Services, Capital One, Cawley & Bergmann, LLP, CCS/Nationwide Insurance, Centre Diagnostic, Centre Emergency Med., Chase Card, Chase Mortgage, Clair and Eleanor Godissart, Clearfield Hospital, Collection Service Center, Comcast Cable, Commonwealth of PA, Complete Payment History, Continental Finance, credit bureau Lancaster County, Inc., Credit Collections Services, Credit Control Collections, Credit Management Company, David J. Hickton, Esq., Delta Management Associates, Inc, Exeter Finance Corp., First Premier, Geisinger, Geisinger Health System, Holiday Financial, Home Health Resource, HSBC, HSBC Mortgage Services Inc., ICN IPA Collection, Internal Revenue Service, KML Law Group, P.C., L.S. Ross Assoc., Laffey & Associates, Laurel Eye Clinic, Lowes, LTD Financial Services, LVNV Funding LLC, M&T Bank Mabt/contfin, Med East Post Opd Surgical, Medicredit Inc., Meredith Manor, Midland Funding, Mihalkd's, MRS Associates, Mt. Nittany Medical Center, Mt. Nittany Physician Group, National Credit Adjusters, National Recovery, Northland Group Inc,. PA Collection, Penn Credit, Penn Highlands, Penn Highlands Clfd, Penn Highlands | ) **Response Due:** 11/20/17 |

| | |
|---|---|
| Dubois, Portfolio Recovery , Associates, LLC, R&R Radiology, Consultants, Scheer, Green & Burke, Schumacher Group, Southwest Credit Systems Springleaf, The Caring Healthcare Network, The HMC Group, Transworld Systems, Tribute, Card, Tyrone Hospital, United Recovery Systems, UOC, UPMC Verizon, | ) ) ) ) ) ) ) ) ) ) |
| **Respondents.** | ) **Document No.** |

# CERTIFICATION OF NO OBJECTION REGARDING
## Motion To Extend Automatic Stay- Document No. 7

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion To Extend Automatic Stay** filed on November 2, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion To Extend Automatic Stay** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion To Extend Automatic Stay** were to be filed and served no later than November 20, 2017.

It is hereby respectfully requested that the Order attached to the **Motion To Extend Automatic Stay** be entered by the Court.

**Dated:** November 21, 2017

/s/ Donald R. Calaiaro_____
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
**dcalaiaro@c-vlaw.com**
/s/ David Z. Valencik_____
**David Z. Valencik, Esquire,   PA I.D. #308361**
**dvalencik@c-vlaw.com**
/s/ Michael Kaminski_____
**Michael Kaminski, Esquire,   PA I.D. 53493**
**mkaminski@c-vlaw.com**
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**