**DEFAULT O/E JAD**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br>Jerry A. McKinney and<br>Kathy J. McKinney,<br>    **Debtors,**<br>Jerry A. McKinney and<br>Kathy J.McKinney,<br>    **Movants,**<br>    vs.<br>ACS/College Loan Corp., Advanced Disposal, AFNI, Alliance One, Ally Financial, Altoona Regional, AM Std Asst, Apex Asset, Barks Credit & Collections Beneficial, Calvary Portfolio Services, Capital One, Cawley & Bergmann, LLP, CCS/Nationwide Insurance, Centre Diagnostic, Centre Emergency Med., Chase Card, Chase Mortgage, Clair and Eleanor Godissart, Clearfield Hospital, Collection Service Center, Comcast Cable, Commonwealth of PA, Complete Payment History, Continental Finance, credit bureau Lancaster County, Inc., Credit Collections Services, Credit Control Collections, Credit Management Company, David J. Hickton, Esq., Delta Management Associates, Inc, Exeter Finance Corp., First Premier, Geisinger, Geisinger Health System, Holiday Financial, Home Health Resource, HSBC, HSBC Mortgage Services Inc., ICN IPA Collection, Internal Revenue Service, KML Law Group, P.C., L.S. Ross Assoc., Laffey & Associates, Laurel Eye Clinic, Lowes, LTD Financial Services, LVNV Funding LLC, M&T Bank Mabt/contfin, Med East Post Opd Surgical, Medicredit Inc., Meredith Manor, Midland Funding, Mihalkd's, MRS Associates, Mt. Nittany Medical Center, Mt. Nittany Physician Group, National Credit Adjusters, National Recovery, Northland Group Inc,. PA Collection, Penn Credit, Penn Highlands, Penn | ) Bankruptcy No. 17-70777-JAD<br>)<br>) Chapter 13<br>)<br>) Related Document No.<br>)<br>)Hearing Date:12/15/17 @10:00 am<br>)<br>) Response Due: 11/20/17<br>)<br>) Document No.  7<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

|   |   |
|---|---|
| Highlands Clfd, Penn Highlands Dubois, Portfolio Recovery, Associates, LLC, R&R Radiology, Consultants, Scheer, Green & Burke, Schumacher Group, Southwest Credit Systems Springleaf, The Caring Healthcare Network, The HMC Group, Transworld Systems, Tribute, Card, Tyrone Hospital, United Recovery Systems, UOC, UPMC Verizon,<br>     **Respondents.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

AND NOW, this 28th day of November 2017, after notice and a hearing, the Motion of the Debtors to Extend the Stay is granted, the stay under 11 U.C.C. § 362 is extended for the duration of the case or until further Order of this Court.

/s/ Jeffrey A. Deller
**United States Bankruptcy Judge**
Jeffery A. Deller

FILED
11/28/17 12:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 17-70777-JAD
Jerry A. McKinney                                                                   Chapter 13
Kathy J. McKinney
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7           User: mgut                Page 1 of 1            Date Rcvd: Nov 28, 2017
                               Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2017.
db/jdb         +Jerry A. McKinney,    Kathy J. McKinney,    276 Ida Street,    Houtzdale, PA 16651-8542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2017 at the address(es) listed below:
              Donald R. Calaiaro    on behalf of Debtor Jerry A. McKinney dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              Donald R. Calaiaro    on behalf of Joint Debtor Kathy J. McKinney dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              James  Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6