| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Jerry A. McKinney** | Social Security number or ITIN | **xxx–xx–4520** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Kathy J. McKinney** | Social Security number or ITIN | **xxx–xx–9538** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court<br>**WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter  **13   10/30/17** | |
| Case number:   **17–70777–JAD** | | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                                              12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jerry A. McKinney | Kathy J. McKinney |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 276 Ida Street<br>Houtzdale, PA 16651 | 276 Ida Street<br>Houtzdale, PA 16651 |
| 4. | **Debtor's attorney**<br>Name and address | Donald R. Calaiaro<br>Calaiaro Valencik<br>428 Forbes Ave., Suite 900<br>Pittsburgh, PA 15219 | Contact phone 412–232–0930 |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566 |
| 6. | **Bankruptcy clerk's office** | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open Monday – Friday<br>9:00 AM – 4:30 PM<br>Contact phone 412–644–2700<br>Date: 11/30/17 |
| | The Court uses an electronic filing system and filers must follow the Court's Local Rules governing the manner in which documents must be filed. Persons not represented by an attorney may file paper documents at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>**Photo ID/Delays:** For security reasons, you may encounter delays when attending court hearings. You should be prepared to show Photo Identification when attending these preceedings, Please plan accordingly. | | |

**For more information, see page 2**

Debtor **Jerry A. McKinney** and **Kathy J. McKinney**    Case number **17−70777−JAD**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>**Debtor's Photo ID and Social Security Card Must be Presented at the 341 Meeting** | **January 5, 2018 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/6/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/5/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/30/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan, a copy of which is enclosed. An initial hearing on confirmation of the plan will be conciliated by the chapter 13 trustee and will be held immediately following the meeting of creditors. Objections to the plan must be filed 7 days prior to the first date set for the meeting of creditors. Objections to holding the initial confirmation hearing immediately following the meeting of creditors must be filed 14 days prior to the first date set for the meeting of creditors. Any party filing an objection to the plan and/or the holding of an initial confirmation hearing immediately following the meeting of creditors must appear in person at the meeting of creditors.<br><br>Any continuance will be announced at the initial hearing. No other notice will be given. Parties must check the docket to ascertain the continued hearing date, time and location. Debtors and their counsel must attend.<br><br>The hearing on confirmation will be held on:<br>**1/5/18** at **02:00 PM**, Location: **Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. The debtor is required to timely make all payments to the trustee. The first payment is due (30) days after the Chapter 13 Plan has been filed. Any failure to make preconfirmation payments to the trustee may result in the dismissal of the case on the trustee's written or oral motion made prior to or at the plan confirmation hearing. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-70777-JAD
Jerry A. McKinney                                                       Chapter 13
Kathy J. McKinney
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: mgut                Page 1 of 3          Date Rcvd: Nov 30, 2017
                              Form ID: 309I             Total Noticed: 96

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2017.
```
db/jdb         +Jerry A. McKinney,    Kathy J. McKinney,    276 Ida Street,    Houtzdale, PA 16651-8542
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +S. James Wallace,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
cr             +Exeter Finance LLC,    P.O. Box 165028,    Irving, TX 75016-5028
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14719073       +AM Std Asst.,    100 Cambreidge St., Suite 1600,    Boston, MA 02114-2518
14719072        Altoona Regional,    820 Howard Ave.,    Altoona, PA 16601
14719074       +Apex Asset,    2501 Oregon Pike Ste,    Lancaster, PA 17601-4890
14719075       +Barks Credit & Collections,    P.O. Box 329,    Temple, PA 19560-0329
14719076       +Beneficial,    P.O. Box 1231,    Brandon, FL 33509-1231
14719081       +CCS/Nationwide Insurance,    725 Canton Street,    Norwood, MA 02062-2679
14719092      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Continental Finance,      P.O. Box 105125,    Atlanta, GA 30348)
14719080       +Cawley & Bergmann, LLP,    117 Kinderkamack Road, Suite 201,    River Edge, NJ 07661-1916
14719082       +Centre Diagnostic,    P.O. Box 197,    State College, PA 16804-0197
14719083       +Centre Emergency Med.,    P.O. Box 6009,    Hermitage, PA 16148-1009
14719085       +Chase Mortgage,    P.O. Box 24696,    Columbus, OH 43224-0696
14719086       +Clair and Eleanor Godissart,    525 Keystone Hill Road,    Philipsburg, PA 16866-8305
14719087       +Clearfield Hospital,    P.O. Box 731584,    Dallas, TX 75373-1584
14719089       +Comcast Cable,    P.O. Box 23870,    Jacksonville, FL 32241-3870
14719090       +Commonwealth of PA,    118 Enterprise Drive,    Philipsburg, PA 16866-3172
14719091        Complete Payment Recovery,    3500 5th Street,    River Falls, AL 36476
14720041       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
14719095       +Credit Control Collections,    2410 Broad Avenue,    Altoona, PA 16601-1940
14719098       +David J. Hickton, Esq.,    US Postal Office & Courthouse,    700 Grant Street, Suite 4000,
                 Pittsburgh, PA 15219-1956
14719099       +Delta Management Associates, Inc.,    100 Everatt Avenue, Suite 6,    P.O. Box 9191,
                 Chelsea, MA 02150-9191
14719101        Fst Premier,    601 S. Minneapolis Ave.,    Sioux Falls, SD 57104
14719102       +Geisinger,    P.O. Box 27727,    Newark, NJ 07101-7727
14719103       +Geisinger Health System,    100 N. Academy Avenue,    Danville, PA 17822-0001
14719106        HSBC,    P.O. Box 7114,    Charlotte, NC 28272
14719104       +Holiday Financial,    1800 Daisy Street, Ext. St.,    Clearfield, PA 16830-3254
14719105       +Home Health Ressource,    P.O. Box 13150,    Overland Park, KS 66282-3150
14719108       +ICN IPA Collection,    P.O. Box 893,    Washington, PA 15301-0893
14719111       +KML Law Group, P.C.,    Mellon Independence Center-Suite 5000,    701 Market Street,
                 Philadelphia, PA 19106-1538
14719112       +L.S. Ross Assoc.,    P.O. Box 6099,    Jackson, MI 49204-6099
14719113       +Laffey & Associates,    415 Chartiers Avenue,    Carnegie, PA 15106-2356
14719114       +Lakeview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,    Coral Gables, FL 33146-1837
14719115       +Laurel Eye Clinic,    P.O. Box 1180,    Sharpsburg, GA 30277-0964
14719125       +MRS Associates,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
14719120       +Med East Post Opd Surgical,    P.O. Box 822796,    Philadelphia, PA 19182-2796
14719121       +Medicredit Inc.,    P.O. Box 1629,    Maryland Heights, MO 63043-0629
14719122        Meredith Manor,    Waverly, WV 26184
14719124        Mihalkd’s,    One Hillside Drive,    Altoona, PA 16601
14719126       +Mt. Nittany Medical Center,    P.O. Box 536317,    Pittsburgh, PA 15253-5905
14719127       +Mt. Nittany Physician Group,    P.O. Box 6005,    Hermitage, PA 16148-1005
14719128       +National Credit Adjusters,    P.O. Box 3023,    Hutchinson, KS 67504-3023
14719129       +National Recovery,    2491 PaxtonSt.,    Harrisburg, PA 17111-1036
14719130      #+Northland Group Inc.,    P.O. Box 129,    Thorofare, NJ 08086-0129
14719132       +Penelec,    P.O. Box 16001,    Reading, PA 19612-6001
14719133       +Penn Credit,    Attn: Bankruptcy,    P.O. Box 988,    Harrisburg, PA 17108-0988
14719134       +Penn Credt,    916 S. 14th St.,    P.O. Box Bo 988,    Harrisburg, PA 17108-0988
14719135       +Penn Highlands,    P.O. Box 16157,    Rocky River, OH 44116-0157
14719136       +Penn Highlands Clfd,    P.O. Box 893,    Washington, PA 15301-0893
14719137       +Penn Highlands Dubois,    P.O. Box 447,    Du Bois, PA 15801-0447
14719139       +Quest Diagnostics Venture, LLC,    P.O. Box 740717,    Cincinnati, OH 45274-0717
14719140        R&R Radiology Consultants,    P.O. Box 129,    State College, PA 16803
14719141       +Scheer, Green & Burke,    P.O. Box 1312,    Toledo, OH 43603-1312
14719142       +Schumacher Group,    165 Caprice Court, Unit B,    Castle Rock, CO 80109-1559
14719145       +The Caring Healthcare Network,    601 N. Front Street,    Philipsburg, PA 16866-2303
14719146       +The HMC Group,    Collection Agency,    P.O. Box 16211,    Rocky River, OH 44116-0211
14719148       +Tribute Card,    Attn: Bankruptcy,    P.O. Box 105555,    Atlanta, GA 30348-5555
14719149       +Tyrone Hospital,    9245 Watson Industrial Park,    Saint Louis, MO 63126-1518
14719152       +UPMC,    P.O. Box 371472,    Pittsburgh, PA 15250-7472
```

```
District/off: 0315-7          User: mgut               Page 2 of 3                   Date Rcvd: Nov 30, 2017
                              Form ID: 309I            Total Noticed: 96


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: dcalaiaro@c-vlaw.com Nov 30 2017 18:12:17      Donald R. Calaiaro,
                 Calaiaro Valencik,   428 Forbes Ave., Suite 900,    Pittsburgh, PA  15219
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 30 2017 18:12:31       Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Nov 30 2017 18:12:39
                 Office of the United States Trustee,   Liberty Center.,   1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
14719067       +E-mail/Text: bknotices@conduent.com Nov 30 2017 18:13:09       ACS/College Loan Corp.,
                 501 Bleecker St.,   Utica, NY 13501-2401
14719069       +EDI: AFNIRECOVERY.COM Nov 30 2017 18:13:00      AFNI,   1310 MLK Drive,   P.O. Box 3517,
                 Bloomington, IL 61702-3517
14719068       +E-mail/Text: katie.wilson@advanceddisposal.com Nov 30 2017 18:12:23       Advanced Disposal,
                 6330 Route 219,   Brockway, PA 15824-5016
14719070       +EDI: ALLIANCEONE Nov 30 2017 18:13:00      Alliance One,   4850 Street Rd. Suite 300,
                 Feasterville Trevose, PA 19053-6643
14719071       +EDI: GMACFS.COM Nov 30 2017 18:13:00      Ally Financial,   200 Renaissance Ctr,
                 Detroit, MI 48243-1300
14736809        EDI: GMACFS.COM Nov 30 2017 18:13:00      Ally Financial,   PO Box 130424,
                 Roseville MN 55113-0004
14719077       +E-mail/Text: bankruptcy@cavps.com Nov 30 2017 18:12:50       Calvary Portfolio Services,
                 500 Summit Lake Drive,   Suite 400,   Valhalla, NY 10595-2322
14719079       +EDI: CAPITALONE.COM Nov 30 2017 18:13:00      Capital One,   P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
14719078       +EDI: CAPITALONE.COM Nov 30 2017 18:13:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
14719084       +EDI: CHASE.COM Nov 30 2017 18:13:00      Chase Card,   Attn: Correspondence,   P.O. Box  15298,
                 Wilmington, DE 19850-5298
14719088       +E-mail/Text: bankruptcy@firstenergycorp.com Nov 30 2017 18:12:42       Collection Service Center,
                 839 5th Avenue,   New Kensington, PA 15068-6303
14719093       +E-mail/Text: csd1clientservices@cboflnc.com Nov 30 2017 18:12:57
                 Credit Bureau of Lancaster County, Inc.,    P.O. Box 1271,   Lancaster, PA 17608-1271
14719094       +EDI: CCS.COM Nov 30 2017 18:13:00      Credit Collections Services,   Two Wells Avenue,,
                 Newton Center, MA 02459-3246
14719097       +E-mail/Text: kcarter@creditmanagementcompany.com Nov 30 2017 18:12:54
                 Credit Management Company,   2121 Noblestown Road,   Pittsburgh, PA 15205-3956
14719096       +E-mail/Text: kcarter@creditmanagementcompany.com Nov 30 2017 18:12:54
                 Credit Management Company,   2121 Noblestown Road,   Attn: Bankruptcy Dept.,
                 Pittsburgh, PA 15205-3956
14719100       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Nov 30 2017 18:16:05       Exeter Finance Corp.,
                 P.O. Box 166008,   Irving, TX 75016-6008
14719107       +EDI: HFC.COM Nov 30 2017 18:13:00      HSBC Mortgage Services Inc.,
                 636 Grand Regency Boulevard,   Brandon, FL 33510-3942
14719110       +EDI: IRS.COM Nov 30 2017 18:13:00      Internal Revenue Service,   Attn: Sandra Bence,
                 1000 Liberty Avenue, Stop 711B,   Pittsburgh, PA 15222-4107
14719117       +EDI: LTDFINANCIAL.COM Nov 30 2017 18:13:00      LTD Financial Services,
                 7322 Southwest Freeway, Suite 1600,   Houston, TX 77074-2134
14719118       +EDI: RESURGENT.COM Nov 30 2017 18:13:00      LVNV Funding LLC,   P.O. Box 10497,
                 Greenville, SC 29603-0497
14719116       +EDI: RMSC.COM Nov 30 2017 18:13:00      Lowes,   P,O, Box 530914,   Atlanta, GA 30353-0914
14719123       +EDI: MID8.COM Nov 30 2017 18:13:00      Midland Funding,   8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
14719138        EDI: PRA.COM Nov 30 2017 18:13:00      Portfolio Recovery Associates, LLC,   P.O. Box 12914,
                 Norfolk, VA 23541
14720424       +EDI: PRA.COM Nov 30 2017 18:13:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
14719143       +EDI: SWCR.COM Nov 30 2017 18:13:00      Southwest Credit Systems,
                 4120 International Parkway ste 1100,   Carrollton, TX 75007-1958
14719144       +EDI: AGFINANCE.COM Nov 30 2017 18:13:00      Springleaf,   P.O. Box 64,
                 Evansville, IN 47701-0064
14719147       +E-mail/Text: bankruptcydepartment@tsico.com Nov 30 2017 18:13:01       Transworld Sytems,
                 P.O. Box 15273,   Wilmington, DE 19850-5273
14719151       +E-mail/Text: skorman@uoc.com Nov 30 2017 18:13:05      UOC,   101 Regent Court,
                 State College, PA 16801-7965
14719150       +EDI: URSI.COM Nov 30 2017 18:13:00      United Recovery Systems,   P.O. Box 722929,
                 Houston, TX 77272-2929
14719153       +EDI: VERIZONEAST.COM Nov 30 2017 18:13:00      Verizon,
                 Verizon Wireless Bankruptcy Administrati,   500 Technology Dr., Ste 500,
                 Saint Charles, MO 63304-2225
                                                                                               TOTAL: 33
```

```
District/off: 0315-7           User: mgut              Page 3 of 3              Date Rcvd: Nov 30, 2017
                               Form ID: 309I           Total Noticed: 96


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               LakeView Loan Servicing, LLC
cr*             +PRA Receivables Management, LLC,    PO Box 41021,     Norfolk, VA 23541-1021
14719119*      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,     NEWARK DE 19714-8099
                 (address filed with court: Mabt/contfin,     P.O. Box 8099,     Newark, DE 19714)
14719109*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,     Centralized Insolvency Operations,
                   P.O. Box 21126,    Philadelphia, PA 19114-0326)
14733566*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,     NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,     POB 12914,     Norfolk VA 23541)
14719131       ##+PA Collection,    P.O. Box 893,    Washington, PA 15301-0893
                                                                                              TOTALS: 1, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2017 at the address(es) listed below:
              Donald R. Calaiaro    on behalf of Debtor Jerry A. McKinney dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com
              Donald R. Calaiaro    on behalf of Joint Debtor Kathy J. McKinney dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com
              James  Warmbrodt    on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6
```