MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: McKinney _____ JAD

Case Number: 17-70777

Date of Meeting: 2/16/18                    Recording #: 24

Debtor(s) present ✓ or Not Present ___ (___ No Payments Made or ___ partial payments)
Attorney for debtor(s) Calaiaro _____ (Present ✓ or Not Present ___)
Date of Plan at § 341: 11/15/17  Applicable commitment period ✓ 3 yrs ___ 5 yrs

Debtor H had no proof of SS# – meeting conducted, subject to an original SS Card produced at conciliation conference.

Debtor purchased vehicle after case was dismissed & before it was reopened – 2006 jeep owe ~$8000 need Amended B & D
Amt due Debtors ($6K) by relatives (uncollectible)

Debtor W starts at minute mart
No explanation for $98 interest –
~~clerk~~ in error

No payments to date – can't do pre Bar date canal

____ Meeting HELD and CONCLUDED
✓ Meeting HELD but CONTINUED (not closed)
____ Meeting NOT HELD                              ____ Order to Show Cause Requested
                                                    ____ To be rescheduled by Clerk

____ Confirmation Order recommended ____ Final ____ Interim
____ Amended Plan due: _____ ; Objections due: _____

____ Trustee recommends dismissal of the case (Debtor consents)
____ Trustee recommends dismissal of the case (Debtor does not consent)*
____ Trustee recommends dismissal of the case (Debtor has no defense)
____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
____ 341 Meeting   OR  ✓ Conciliation Conf. OR ____ *Contested Hearing
On 4/26/18   at 2:00 am/pm Location _____

Need 2016 & 2017 return

_____
Chapter 13 Trustee/Attorney for Trustee