IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>JERRY A. MCKINNEY )<br>KATHY J. MCKINNEY, )<br>**Debtor(s)** )<br>)<br>CREDIT ACCEPTANCE CORPORATION )<br>**Movant** )<br>)<br>v. )<br>)<br>JERRY A. MCKINNEY )<br>KATHY J. MCKINNEY, )<br>**Respondent(s)** )<br>)<br>RONDA J. WINNECOUR )<br>**Trustee** ) | Bankruptcy No. 17-70777-JAD<br><br>Chapter 13<br><br>Related To Document No. 45 |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION FOR RELIEF FROM STAY**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than March 26, 2018, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **April 6, 2018 at 10:00 a.m**. before Judge Jeffery A. Deller in Court Room B, Penn Traffic Building, First Floor, 319 Washington Street, Johnstown, PA 15901. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service: 3/8/18

                                                                                                 /s/ William E. Craig
                                                                                                 William E. Craig, Esquire
          PA ID # 92329
          Morton & Craig LLC
          110 Marter Ave., Suite 301
          Moorestown, NJ 08057
          (856) 866-0100
          bcraig@mortoncraig.com
          Attorneys for Movant