IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JERRY A. MCKINNEY<br>KATHY J. MCKINNEY,<br>**Debtor(s)** | Bankruptcy No. 17-70777-JAD<br><br>Chapter 13 |
| CREDIT ACCEPTANCE CORPORATION<br>**Movant** | Related To Document No. 45 and 46 |
| v. | |
| JERRY A. MCKINNEY<br>KATHY J. MCKINNEY,<br>**Respondent(s)** | **Response Deadline:  3/26/18**<br><br>**Hearing Date:  4/6/18 at 10:00 AM** |
| RONDA J. WINNECOUR<br>**Trustee** | |

## CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on March 8, 2018 I served by United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and a copy of the Motion For Relief From Stay filed in this proceeding on:

| | |
|---|---|
| Jerry and Kathy McKinney<br>276 Ida Street<br>Houtzdale, PA 16651<br>(Debtors) | Donald R. Calaiaro, Esq.<br>Calaiaro Valencik<br>428 Forbes Avenue, Suite 900<br>Pittsburgh, PA 15219<br>(Attorney For Debtors) |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(Trustee) | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br>(U.S. Trustee) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
Bar ID# 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com