IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JERRY A. MCKINNEY<br>KATHY J. MCKINNEY,<br>**Debtor(s)**<br><br>CREDIT ACCEPTANCE CORPORATION<br>**Movant**<br><br>v.<br><br>JERRY A. MCKINNEY<br>KATHY J. MCKINNEY,<br>**Respondent(s)**<br><br>RONDA J. WINNECOUR<br>**Trustee** | Bankruptcy No. 17-70777-JAD<br><br>Chapter 13<br><br>Related To Document No. 45<br><br>**Response Deadline:  3/26/18**<br><br>**Hearing Date:  4/6/18 at 10:00 AM** |

FILED
3/28/18 12:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### ORDER OF COURT

AND NOW, this __28th__ day of __March__, 2018, it is hereby

**ORDERED** that the Motion For Relief From The Automatic Stay is GRANTED.

Movant Credit Acceptance Corporation is permitted to enforce its rights in the property described as a **2006 Jeep Commander** bearing vehicle identification number 1J8HG48N66C168411, to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law, including but not limited to repossession of said property.



Jeffery A. Deller, Chief Judge

jsf

In the event that any order is entered in this case granting relief from the automatic stay to a <u>secured creditor</u>, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject property, unless directed otherwise by further Order of Court.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                               Case No. 17-70777-JAD
Jerry A. McKinney                                                    Chapter 13
Kathy J. McKinney
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7           User: mgut              Page 1 of 1            Date Rcvd: Mar 28, 2018
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2018.
db/jdb        +Jerry A. McKinney,    Kathy J. McKinney,   276 Ida Street,   Houtzdale, PA 16651-8542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2018 at the address(es) listed below:
              Donald R. Calaiaro    on behalf of Debtor Jerry A. McKinney dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              Donald R. Calaiaro    on behalf of Joint Debtor Kathy J. McKinney dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              James Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7