UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | JERRY A. & KATHY J. MCKINNEY |
| Case Number: | 17-70777-JAD    Chapter: 13 |
| Date / Time / Room: | FRIDAY, JULY 27, 2018 11:00 AM   COURTROOM B |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | JEFF FURIS |
| Reporter / ECR: | N/A |

## Matter:

Contested Hearing on Confirmation of Debtor's Chapter 13 Plan Dated 11/15/2017
- Minutes of 341 Meeting filed on 2/22/18
- Objection filed by Lakeview Loan Servicing, LLC on 4/24/18 at Doc. # 52
- Conciliation Conference Minutes From 4/27/18 filed at Doc. # 53
- Conciliation Conference Minutes From 6/21/18 - Continued To Contested at Doc. # 55

R / M #:  19 / 0

## Appearances:

TRUSTEE: WINNECOUR / KATZ / ~~PAIL~~ /Valencic
DEBTOR(S): Donald Calaiaro, Esq.
CREDITOR: ~~James Warmbrodt,~~ Esq.

## Proceedings:

___ Motion is GRANTED  /  DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
    ___ For At Least ___ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of ___ at ___ AM/PM at
    ✓ To Conciliation Conference For  Sept. 13, 2018  at 1:00 AM/(PM) at
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order -  NONJURY  /  JURY
    ___ Simple / Pretrial Order - NONJURY  /  JURY
    ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE ___
___ OTHER:

- continue to conciliation conference on 9/13/2018 at 1 PM in p60

FILED
7/27/18 12:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge