**Form 149**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jerry A. McKinney**
**Kathy J. McKinney**
    Debtor(s)

Bankruptcy Case No.: 17–70777–JAD
Issued Per Sep. 13, 2018 Proceeding
Chapter: 13
Docket No.: 59 – 19, 58
Concil. Conf.: December 6, 2018 at 11:30 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated November 15, 2017 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐  A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐  B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑  C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Dec. 6, 2018 at 11:30 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐  D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐  E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐  F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑  G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: I.R.S. at Claim No. 4 .

☑  H.    Additional Terms: Fee application needed if any fee (including retainer) exceeds $4,000 including any fees paid to prior counsel.
The secured claim of Ally Financial at Claim No. 5 shall govern as to claim amount, to be paid at the modified plan terms.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

(3.)   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: September 18, 2018

Jeffery A. Deller
United States Bankruptcy Judge

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                           Case No. 17-70777-JAD
Jerry A. McKinney                                                Chapter 13
Kathy J. McKinney
          Debtors                   CERTIFICATE OF NOTICE
District/off: 0315-7         User: jhel              Page 1 of 3                   Date Rcvd: Sep 18, 2018
                             Form ID: 149            Total Noticed: 97


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2018.
db/jdb         +Jerry A. McKinney,    Kathy J. McKinney,    276 Ida Street,    Houtzdale, PA 16651-8542
cr             +Credit Acceptance Corporation,    25505 W. 12 Mile Road, Ste 3000,    Southfield, MI 48034-8331
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14719073       +AM Std Asst.,    100 Cambreidge St., Suite 1600,    Boston, MA 02114-2518
14719072        Altoona Regional,    820 Howard Ave.,    Altoona, PA 16601
14719074       +Apex Asset,    2501 Oregon Pike Ste,    Lancaster, PA 17601-4890
14719075       +Barks Credit & Collections,     P.O. Box 329,    Temple, PA 19560-0329
14719076       #+Beneficial,    P.O. Box 1231,    Brandon, FL 33509-1231
14719081       +CCS/Nationwide Insurance,    725 Canton Street,    Norwood, MA 02062-2679
14719092       ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                (address filed with court: Continental Finance,     P.O. Box 105125,    Atlanta, GA 30348)
14719080       +Cawley & Bergmann, LLP,    117 Kinderkamack Road, Suite 201,    River Edge, NJ 07661-1916
14719082       +Centre Diagnostic,    P.O. Box 197,    State College, PA 16804-0197
14719083       +Centre Emergency Med.,    P.O. Box 6009,    Hermitage, PA 16148-1009
14719084       +Chase Card,    Attn: Correspondence,    P.O. Box 15298,    Wilmington, DE 19850-5298
14719085       +Chase Mortgage,    P.O. Box 24696,    Columbus, OH 43224-0696
14719086       +Clair and Eleanor Godissart,    525 Keystone Hill Road,    Philipsburg, PA 16866-8305
14719087       +Clearfield Hospital,    P.O. Box 731584,    Dallas, TX 75373-1584
14719089       +Comcast Cable,    P.O. Box 23870,    Jacksonville, FL 32241-3870
14719090       +Commonwealth of PA,    118 Enterprise Drive,    Philipsburg, PA 16866-3172
14719091        Complete Payment Recovery,    3500 5th Street,    River Falls, AL 36476
14720041       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
14719095       +Credit Control Collections,    2410 Broad Avenue,    Altoona, PA 16601-1940
14719098       +David J. Hickton, Esq.,    US Postal Office & Courthouse,    700 Grant Street, Suite 4000,
                 Pittsburgh, PA 15219-1956
14719099       +Delta Management Associates, Inc.,     100 Everatt Avenue, Suite 6,    P.O. Box 9191,
                 Chelsea, MA 02150-9191
14771459        ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408
14810088       +FirstEnergy/Penelec,    101 Crawford's Corner Rd. Bldg. #1 Ste.,    Holmdel, NJ 07733-1976
14719101        Fst Premier,    601 S. Minneapolis Ave.,    Sioux Falls, SD 57104
14719102       +Geisinger,    P.O. Box 27727,    Newark, NJ 07101-7727
14719103       +Geisinger Health System,    100 N. Academy Avenue,    Danville, PA 17822-0001
14719106        HSBC,    P.O. Box 7114,    Charlotte, NC 28272
14719107       +HSBC Mortgage Services Inc.,     636 Grand Regency Boulevard,    Brandon, FL 33510-3942
14719104       +Holiday Financial,    1800 Daisy Street, Ext. St.,    Clearfield, PA 16830-3265
14719105       +Home Health Ressource,    P.O. Box 13150,    Overland Park, KS 66282-3150
14719108       +ICN IPA Collection,    P.O. Box 893,    Washington, PA 15301-0893
14719111       +KML Law Group, P.C.,    Mellon Independence Center-Suite 5000,    701 Market Street,
                 Philadelphia, PA 19106-1538
14719112       +L.S. Ross Assoc.,    P.O. Box 6099,    Jackson, MI 49204-6099
14719113       +Laffey & Associates,    415 Chartiers Avenue,    Carnegie, PA 15106-2356
14719114       +Lakeview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,    Coral Gables, FL 33146-1837
14719115       +Laurel Eye Clinic,    P.O. Box 1180,    Sharpsburg, GA 30277-0964
14719125       +MRS Associates,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
14719120       +Med East Post Opd Surgical,    P.O. Box 822796,    Philadelphia, PA 19182-2796
14719122        Meredith Manor,    Waverly, WV 26184
14719124        Mihalkd's,    One Hillside Drive,    Altoona, PA 16601
14719126       +Mt. Nittany Medical Center,    P.O. Box 536317,    Pittsburgh, PA 15253-5905
14719127       +Mt. Nittany Physician Group,    P.O. Box 6005,    Hermitage, PA 16148-1005
14719128       +National Credit Adjusters,    P.O. Box 3023,    Hutchinson, KS 67504-3023
14719129       +National Recovery,    2491 PaxtonSt.,    Harrisburg, PA 17111-1036
14719132       +Penelec,    P.O. Box 16001,    Reading, PA 19612-6001
14719133       +Penn Credit,    Attn: Bankruptcy,    P.O. Box 988,    Harrisburg, PA 17108-0988
14719134       +Penn Credt,    916 S. 14th St.,    P.O. Bo 988,    Harrisburg, PA 17108-0988
14719135       +Penn Highlands,    P.O. Box 16157,    Rocky River, OH 44116-0157
14719136       +Penn Highlands Clfd,    P.O. Box 893,    Washington, PA 15301-0893
14719137       +Penn Highlands Dubois,    P.O. Box 447,    Du Bois, PA 15801-0447
14719139       +Quest Diagnostics Venture, LLC,    P.O. Box 740717,    Cincinnati, OH 45274-0717
14719140        R&R Radiology Consultants,    P.O. Box 129,    State College, PA 16803
14719141       +Scheer, Green & Burke,    P.O. Box 1312,    Toledo, OH 43603-1312
14719142       +Schumacher Group,    165 Caprice Court, Unit B,    Castle Rock, CO 80109-1559
14719145       +The Caring Healthcare Network,    601 N. Front Street,    Philipsburg, PA 16866-2303
14719146       +The HMC Group,    Collection Agency,    P.O. Box 16211,    Rocky River, OH 44116-0211
14719148       +Tribute Card,    Attn: Bankruptcy,    P.O. Box 105555,    Atlanta, GA 30348-5555
14719149       +Tyrone Hospital,    9245 Watson Industrial Park,    Saint Louis, MO 63126-1518
14719152       +UPMC,    P.O. Box 371472,    Pittsburgh, PA 15250-7472
```

```
District/off: 0315-7          User: jhel                Page 2 of 3                  Date Rcvd: Sep 18, 2018
                              Form ID: 149              Total Noticed: 97


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 19 2018 02:40:54      Exeter Finance LLC,
                 P.O. Box 165028,    Irving, TX 75016-5028
14719067        +E-mail/Text: bknotices@conduent.com Sep 19 2018 02:27:01      ACS/College Loan Corp.,
                 501 Bleecker St.,    Utica, NY 13501-2401
14719069        +E-mail/Text: EBNProcessing@afni.com Sep 19 2018 02:26:33      AFNI,    1310 MLK Drive,
                 P.O. Box 3517,    Bloomington, IL 61702-3517
14719068        +E-mail/Text: katie.wilson@advanceddisposal.com Sep 19 2018 02:26:04      Advanced Disposal,
                 6330 Route 219,    Brockway, PA 15824-5016
14719070        +E-mail/Text: roy.buchholz@allianceoneinc.com Sep 19 2018 02:25:58      Alliance One,
                 4850 Street Rd. Suite 300,    Feasterville Trevose, PA 19053-6643
14719071        +E-mail/Text: ally@ebn.phinsolutions.com Sep 19 2018 02:25:58      Ally   Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
14736809         E-mail/Text: ally@ebn.phinsolutions.com Sep 19 2018 02:25:58      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
14719077        +E-mail/Text: bankruptcy@cavps.com Sep 19 2018 02:26:41      Calvary Portfolio Services,
                 500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-2322
14719079        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 19 2018 02:41:12      Capital One,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
14719078        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 19 2018 02:41:10      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14745054        +E-mail/Text: bankruptcy@cavps.com Sep 19 2018 02:26:41      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14719088        +E-mail/Text: bankruptcy@firstenergycorp.com Sep 19 2018 02:26:29      Collection Service Center,
                 839 5th Avenue,    New Kensington, PA 15068-6303
14719093        +E-mail/Text: csd1clientservices@cboflanc.com Sep 19 2018 02:26:46
                 Credit Bureau of Lancaster County, Inc.,    P.O. Box 1271,    Lancaster, PA 17608-1271
14719094        +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 19 2018 02:26:57
                 Credit Collections Services,    Two Wells Avenue,,    Newton Center, MA 02459-3246
14719097        +E-mail/Text: abovay@creditmanagementcompany.com Sep 19 2018 02:26:43
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14719096        +E-mail/Text: abovay@creditmanagementcompany.com Sep 19 2018 02:26:43
                 Credit Management Company,    2121 Noblestown Road,    Attn: Bankruptcy Dept.,
                 Pittsburgh, PA 15205-3956
14719100        +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Sep 19 2018 02:40:39      Exeter Finance Corp.,
                 P.O. Box 166008,    Irving, TX 75016-6008
14805856        +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Sep 19 2018 02:40:54      Exeter Finance LLC,
                 P.O. Box 167399,    Irving, TX 75016-7399
14719110        +E-mail/Text: cio.bncmail@irs.gov Sep 19 2018 02:26:06      Internal Revenue Service,
                 Attn: Sandra Bence,    1000 Liberty Avenue, Stop 711B,    Pittsburgh, PA 15222-4107
14719117        +E-mail/Text: ebn@ltdfin.com Sep 19 2018 02:26:07      LTD Financial Services,
                 7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
14719118        +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2018 02:27:54      LVNV Funding LLC,
                 P.O. Box 10497,    Greenville, SC 29603-0497
14780285         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2018 02:27:52
                 LVNV Funding, LLC its successors and assigns as,    assignee of SpringCastle Credit Funding,
                 Trust,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14801694         E-mail/Text: camanagement@mtb.com Sep 19 2018 02:26:07      Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288
14719116        +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2018 02:27:48      Lowes,    P,O, Box 530914,
                 Atlanta, GA 30353-0914
14719121        +E-mail/Text: rcpsbankruptcynotices@parallon.com Sep 19 2018 02:27:00      Medicredit Inc.,
                 P.O. Box 1629,    Maryland Heights, MO 63043-0629
14719123        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 19 2018 02:26:22      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
14719138         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2018 02:28:53
                 Portfolio Recovery Associates, LLC,    P.O. Box 12914,    Norfolk, VA 23541
14720424        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2018 02:28:23
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14719143        +E-mail/Text: bankruptcy@sw-credit.com Sep 19 2018 02:26:24      Southwest Credit Systems,
                 4120 International Parkway ste 1100,    Carrollton, TX 75007-1958
14719144        +E-mail/PDF: cbp@onemainfinancial.com Sep 19 2018 02:28:16      Springleaf,    P.O. Box 64,
                 Evansville, IN 47701-0064
14719147        +E-mail/Text: bankruptcydepartment@tsico.com Sep 19 2018 02:26:50      Transworld Sytems,
                 P.O. Box 15273,    Wilmington, DE 19850-5273
14719151        +E-mail/Text: skorman@uoc.com Sep 19 2018 02:26:56      UOC,    101 Regent Court,
                 State College, PA 16801-7965
14719150        +E-mail/Text: bnc@alltran.com Sep 19 2018 02:26:02      United Recovery Systems,
                 P.O. Box 722929,    Houston, TX 77272-2929
14719153        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 19 2018 02:25:57
                 Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Technology Dr., Ste 500,
                 Saint Charles, MO 63304-2225
14768651         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 19 2018 02:40:57      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 35
```

```
District/off: 0315-7           User: jhel                  Page 3 of 3                  Date Rcvd: Sep 18, 2018
                               Form ID: 149                Total Noticed: 97

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              LakeView Loan Servicing, LLC
cr              Lakeview Loan Servicing, LLC
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14719119*     ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court:   Mabt/contfin,    P.O. Box 8099,    Newark, DE 19714)
14719109*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,    Centralized Insolvency Operations,
                 P.O. Box 21126,    Philadelphia PA 19114-0326)
14733566*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541)
14719130      ##+Northland Group Inc.,    P.O. Box 129,    Thorofare, NJ 08086-0129
14719131      ##+PA Collection,    P.O. Box 893,    Washington, PA 15301-0893
                                                                                             TOTALS: 2, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2018 at the address(es) listed below:
              David Z. Valencik    on behalf of Debtor Jerry A. McKinney dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com
              David Z. Valencik    on behalf of Joint Debtor Kathy J. McKinney dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Jerry A. McKinney dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com
              Donald R. Calaiaro    on behalf of Joint Debtor Kathy J. McKinney dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com
              James Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 10
```