# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| JERRY A. MCKINNEY AND | : | Bankruptcy No. <u>17-70777JAD</u> |
| KATHY J. MCKINNEY, | : | |
| | : | Doc. No. <u>62</u> |
| | : | |
| | : | Issued Per The 4/5/2019 |
| | : | Proceeding |
| | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |

FILED
4/8/19 11:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER DISMISSING CASE WITHOUT PREJUDICE
AND TERMINATING INCOME ATTACHMENT**

**AND NOW,** this <u>8th</u> day of <u>April</u>, <u>2019</u>, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtor(s) remain legally liable for all of his/her debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108 (c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

**IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

**IT IS FURTHER ORDERED** that each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor shall serve a copy of this order on each such employer and entity immediately.

**IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

**IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors of this dismissal.

_____ jsf
JEFFERY A. DELLER
U.S. Bankruptcy Judge

cm:    **All Creditors And All Parties In Interest**

00020731

United States Bankruptcy Court
Western District of Pennsylvania

In re:  Case No. 17-70777-JAD
Jerry A. McKinney  Chapter 13
Kathy J. McKinney
   Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7  User: mgut  Page 1 of 3  Date Rcvd: Apr 08, 2019
   Form ID: pdf900  Total Noticed: 96

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2019.
```
db/jdb         +Jerry A. McKinney,    Kathy J. McKinney,    276 Ida Street,    Houtzdale, PA 16651-8542
cr             +Credit Acceptance Corporation,    25505 W. 12 Mile Road, Ste 3000,    Southfield, MI 48034-8331
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14719067       +ACS/College Loan Corp.,    501 Bleecker St.,    Utica, NY 13501-2401
14719073       +AM Std Asst.,    100 Cambridge St., Suite 1600,    Boston, MA 02114-2518
14719072        Altoona Regional,    820 Howard Ave.,    Altoona, PA 16601
14719074       +Apex Asset,    2501 Oregon Pike Ste,    Lancaster, PA 17601-4890
14719092      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court:  Continental Finance,     P.O. Box 105125,    Atlanta, GA 30348)
14719080       #+Cawley & Bergmann, LLP,    117 Kinderkamack Road, Suite 201,    River Edge, NJ 07661-1916
14719082       +Centre Diagnostic,    P.O. Box 197,    State College, PA 16804-0197
14719083       +Centre Emergency Med.,    P.O. Box 6009,    Hermitage, PA 16148-1009
14719084       +Chase Card,    Attn: Correspondence,    P.O. Box 15298,    Wilmington, DE 19850-5298
14719085       +Chase Mortgage,    P.O. Box 24696,    Columbus, OH 43224-0696
14719086       +Clair and Eleanor Godissart,    525 Keystone Hill Road,    Philipsburg, PA 16866-8305
14719087       +Clearfield Hospital,    P.O. Box 731584,    Dallas, TX 75373-1584
14719089       +Comcast Cable,    P.O. Box 23870,    Jacksonville, FL 32241-3870
14719090       +Commonwealth of PA,    118 Enterprise Drive,    Philipsburg, PA 16866-3172
14719091        Complete Payment Recovery,    3500 5th Street,    River Falls, AL 36476
14720041       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
14719095       +Credit Control Collections,    2410 Broad Avenue,    Altoona, PA 16601-1940
14719098       +David J. Hickton, Esq.,    US Postal Office & Courthouse,    700 Grant Street, Suite 4000,
                 Pittsburgh, PA 15219-1956
14719099       +Delta Management Associates, Inc.,    100 Everatt Avenue, Suite 6,    P.O. Box 9191,
                 Chelsea, MA 02150-9191
14771459        ECMC,   PO BOX 16408,    St. Paul, MN 55116-0408
14810088       +FirstEnergy/Penelec,    101 Crawford's Corner Rd. Bldg. #1 Ste.,    Holmdel, NJ 07733-1976
14719101        Fst Premier,    601 S. Minneapolis Ave.,    Sioux Falls, SD 57104
14719102       +Geisinger,    P.O. Box 27727,    Newark, NJ 07101-7727
14719103       +Geisinger Health System,    100 N. Academy Avenue,    Danville, PA 17822-0001
14719106        HSBC,    P.O. Box 7114,    Charlotte, NC 28272
14719107       +HSBC Mortgage Services Inc.,    636 Grand Regency Boulevard,    Brandon, FL 33510-3942
14719104       +Holiday Financial,    1800 Daisy Street, Ext. St.,    Clearfield, PA 16830-3265
14719105       +Home Health Ressource,    P.O. Box 13150,    Overland Park, KS 66282-3150
14719108       +ICN IPA Collection,    P.O. Box 893,    Washington, PA 15301-0893
14719111       +KML Law Group, P.C.,    Mellon Independence Center-Suite 5000,    701 Market Street,
                 Philadelphia, PA 19106-1538
14719112       +L.S. Ross Assoc.,    P.O. Box 6099,    Jackson, MI 49204-6099
14719113       +Laffey & Associates,    415 Chartiers Avenue,    Carnegie, PA 15106-2356
14719114       +Lakeview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,    Coral Gables, FL 33146-1837
14719115       +Laurel Eye Clinic,    P.O. Box 1180,    Sharpsburg, GA 30277-0964
14719125       +MRS Associates,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
14719120       +Med East Post Opd Surgical,    P.O. Box 822796,    Philadelphia, PA 19182-2796
14719122        Meredith Manor,    Waverly, WV 26184
14719124        Mihalkd's,    One Hillside Drive,    Altoona, PA 16601
14719126       +Mt. Nittany Medical Center,    P.O. Box 536317,    Pittsburgh, PA 15253-5905
14719127       +Mt. Nittany Physician Group,    P.O. Box 6005,    Hermitage, PA 16148-1005
14719128       +National Credit Adjusters,    P.O. Box 3023,    Hutchinson, KS 67504-3023
14719129       +National Recovery,    2491 PaxtonSt.,    Harrisburg, PA 17111-1036
14719132       +Penelec,    P.O. Box 16001,    Reading, PA 19612-6001
14719133       +Penn Credit,    Attn: Bankruptcy,    P.O. Box 988,    Harrisburg, PA 17108-0988
14719134       +Penn Credt,    916 S. 14th St.,    P.O. Bo 988,    Harrisburg, PA 17108-0988
14719135       +Penn Highlands,    P.O. Box 16157,    Rocky River, OH 44116-0157
14719136       +Penn Highlands Clfd,    P.O. Box 893,    Washington, PA 15301-0893
14719137       +Penn Highlands Dubois,    P.O. Box 447,    Du Bois, PA 15801-0447
14719139       +Quest Diagnostics Venture, LLC,    P.O. Box 740717,    Cincinnati, OH 45274-0717
14719140        R&R Radiology Consultants,    P.O. Box 129,    State College, PA 16803
14719141       +Scheer, Green & Burke,    P.O. Box 1312,    Toledo, OH 43603-1312
14719142       +Schumacher Group,    165 Caprice Court, Unit B,    Castle Rock, CO 80109-1559
14719145       +The Caring Healthcare Network,    601 N. Front Street,    Philipsburg, PA 16866-2303
14719146       +The HMC Group,    Collection Agency,    P.O. Box 16211,    Rocky River, OH 44116-0211
14719148       +Tribute Card,    Attn: Bankruptcy,    P.O. Box 105555,    Atlanta, GA 30348-5555
14719149       +Tyrone Hospital,    9245 Watson Industrial Park,    Saint Louis, MO 63126-1518
14719152       +UPMC,    P.O. Box 371472,    Pittsburgh, PA 15250-7472
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 09 2019 02:41:33     Exeter Finance LLC,
                 P.O. Box 165028,    Irving, TX 75016-5028
14719069       +E-mail/Text: EBNProcessing@afni.com Apr 09 2019 02:36:57      AFNI,    1310 MLK Drive,
                 P.O. Box 3517,    Bloomington, IL 61702-3517
14719068       +E-mail/Text: katie.wilson@advanceddisposal.com Apr 09 2019 02:36:30      Advanced Disposal,
                 6330 Route 219,    Brockway, PA 15824-5016
```

```
District/off: 0315-7                  User: mgut                    Page 2 of 3                   Date Rcvd: Apr 08, 2019
                                      Form ID: pdf900               Total Noticed: 96


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14719070       +E-mail/Text: kristin.villneauve@allianceoneinc.com Apr 09 2019 02:36:26      Alliance One,
                 4850 Street Rd. Suite 300,    Feasterville Trevose, PA 19053-6643
14719071       +E-mail/Text: ally@ebn.phinsolutions.com Apr 09 2019 02:36:26      Ally   Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
14736809        E-mail/Text: ally@ebn.phinsolutions.com Apr 09 2019 02:36:26      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
14719075       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Apr 09 2019 02:37:18
                 Barks Credit & Collections,    P.O. Box 329,    Temple, PA 19560-0329
14719081       +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 09 2019 02:37:14
                 CCS/Nationwide Insurance,    725 Canton Street,    Norwood, MA 02062-2679
14719077       +E-mail/Text: bankruptcy@cavps.com Apr 09 2019 02:37:00      Calvary Portfolio Services,
                 500 Summit Lake Drive,    Suite 400,   Valhalla, NY 10595-2322
14719079       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 09 2019 02:41:32      Capital One,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
14719078       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 09 2019 02:41:44      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
14745054       +E-mail/Text: bankruptcy@cavps.com Apr 09 2019 02:37:00      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14719088       +E-mail/Text: bankruptcy@firstenergycorp.com Apr 09 2019 02:36:55      Collection Service Center,
                 839 5th Avenue,   New Kensington, PA 15068-6303
14719093       +E-mail/Text: csd1clientservices@cboflanc.com Apr 09 2019 02:37:03
                 Credit Bureau of Lancaster County, Inc.,    P.O. Box 1271,    Lancaster, PA 17608-1271
14719094       +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 09 2019 02:37:14
                 Credit Collections Services,    Two Wells Avenue,,   Newton Center, MA 02459-3246
14719097       +E-mail/Text: vmcpherson@creditmanagementcompany.com Apr 09 2019 02:37:03
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14719096       +E-mail/Text: vmcpherson@creditmanagementcompany.com Apr 09 2019 02:37:03
                 Credit Management Company,    2121 Noblestown Road,    Attn: Bankruptcy Dept.,
                 Pittsburgh, PA 15205-3956
14719100       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Apr 09 2019 02:41:21      Exeter Finance Corp.,
                 P.O. Box 166008,   Irving, TX 75016-6008
14805856       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Apr 09 2019 02:41:45      Exeter Finance LLC,
                 P.O. Box 167399,   Irving, TX 75016-7399
14719110       +E-mail/Text: cio.bncmail@irs.gov Apr 09 2019 02:36:31      Internal Revenue Service,
                 Attn: Sandra Bence,    1000 Liberty Avenue, Stop 711B,    Pittsburgh, PA 15222-4107
14719117       +E-mail/Text: ebn@ltdfin.com Apr 09 2019 02:36:33      LTD Financial Services,
                 7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
14719118       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 09 2019 02:41:23      LVNV Funding LLC,
                 P.O. Box 10497,   Greenville, SC 29603-0497
14780285        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 09 2019 02:41:35
                 LVNV Funding, LLC its successors and assigns as,    assignee of SpringCastle Credit Funding,
                 Trust,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14801694        E-mail/Text: camanagement@mtb.com Apr 09 2019 02:36:34      Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288
14719116       +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2019 02:41:34      Lowes,   P,O, Box 530914,
                 Atlanta, GA 30353-0914
14719121       +E-mail/Text: rcpsbankruptcynotices@parallon.com Apr 09 2019 02:37:16      Medicredit Inc.,
                 P.O. Box 1629,    Maryland Heights, MO 63043-0629
14719123       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 09 2019 02:36:50      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
14719138        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 09 2019 02:54:47
                 Portfolio Recovery Associates, LLC,    P.O. Box 12914,   Norfolk, VA 23541
14720424       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 09 2019 02:54:21
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14719143       +E-mail/Text: bankruptcy@sw-credit.com Apr 09 2019 02:36:53      Southwest Credit Systems,
                 4120 International Parkway ste 1100,    Carrollton, TX 75007-1958
14719144       +E-mail/PDF: cbp@onemainfinancial.com Apr 09 2019 02:41:30      Springleaf,   P.O. Box 64,
                 Evansville, IN 47701-0064
14719147       +E-mail/Text: bankruptcydepartment@tsico.com Apr 09 2019 02:37:07      Transworld Sytems,
                 P.O. Box 15273,   Wilmington, DE 19850-5273
14719151       +E-mail/Text: skorman@uoc.com Apr 09 2019 02:37:14      UOC,   101 Regent Court,
                 State College, PA 16801-7965
14719150       +E-mail/Text: bnc@alltran.com Apr 09 2019 02:36:27      United Recovery Systems,
                 P.O. Box 722929,   Houston, TX 77272-2929
14719153       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 09 2019 02:36:24
                 Verizon,   Verizon Wireless Bankruptcy Administrati,    500 Technology Dr., Ste 500,
                 Saint Charles, MO 63304-2225
14768651        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 09 2019 02:41:24      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                               TOTAL: 36

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             LakeView Loan Servicing, LLC
cr             Lakeview Loan Servicing, LLC
```

```
District/off: 0315-7           User: mgut                   Page 3 of 3                   Date Rcvd: Apr 08, 2019
                               Form ID: pdf900              Total Noticed: 96

cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14719119*     ++CONTINENTAL FINANCE COMPANY LLC,   PO BOX 8099,   NEWARK DE 19714-8099
                (address filed with court: Mabt/contfin,   P.O. Box 8099,   Newark, DE 19714)
14719109*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,   Centralized Insolvency Operations,
                P.O. Box 21126,   Philadelphia, PA 19114-0326)
14733566*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541)
14719076      ##+Beneficial,   P.O. Box 1231,   Brandon, FL 33509-1231
14719130      ##+Northland Group Inc.,   P.O. Box 129,   Thorofare, NJ 08086-0129
14719131      ##+PA Collection,   P.O. Box 893,   Washington, PA 15301-0893
                                                                                              TOTALS: 2, * 4, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2019 at the address(es) listed below:
          David Z. Valencik    on behalf of Debtor Jerry A. McKinney dvalencik@c-vlaw.com,
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com;mpeduto@c-vlaw.com
          David Z. Valencik    on behalf of Joint Debtor Kathy J. McKinney dvalencik@c-vlaw.com,
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com;mpeduto@c-vlaw.com
          Donald R. Calaiaro    on behalf of Debtor Jerry A. McKinney dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com;mpeduto@c-vlaw.com
          Donald R. Calaiaro    on behalf of Joint Debtor Kathy J. McKinney dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com;mpeduto@c-vlaw.com
          James Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 10
```