**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> JERRY A. MCKINNEY <br> KATHY J. MCKINNEY <br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:17-70777 JAD <br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/30/2017 and confirmed on 09/18/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 6,000.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 5,995.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 373.94 | |
|     Trustee Fee | 268.00 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 641.94 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   CHASE MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7378 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 4,258.61 | 0.00 | 4,258.61 |
|     Acct: 3830 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 40,113.19 | 0.00 | 0.00 | 0.00 |
|     Acct: 3830 | | | | |
|   PA DEPARTMENT OF REVENUE* | 998.49 | 0.00 | 0.00 | 0.00 |
|     Acct: 4520 | | | | |
|   INTERNAL REVENUE SERVICE* | 2,189.32 | 0.00 | 0.00 | 0.00 |
|     Acct: 4520 | | | | |
|   CREDIT ACCEPTANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7772 | | | | |
|   ALLY FINANCIAL(*) | 16,175.00 | 448.36 | 646.09 | 1,094.45 |
|     Acct: 4939 | | | | |
|   HOLIDAY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9900 | | | | |
| | | | | 5,353.06 |

Priority

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Priority | | | | | |
| | DONALD R. CALAIARO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JERRY A. MCKINNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JERRY A. MCKINNEY | 5.00 | 5.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CALAIARO VALENCIK(*) | 3,000.00 | 373.94 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CALAIARO VALENCIK(*) | 1,000.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | INTERNAL REVENUE SERVICE* | 16,403.63 | 0.00 | 0.00 | 0.00 |
| | Acct: 9538 | | | | |
| | LAKEVIEW LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3830 | | | | |
| | | ***NONE*** | | | |
| Unsecured | | | | | |
| | AFSA DATA CORP/ACS**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5201 | | | | |
| | ADVANCED DISPOSAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8311 | | | | |
| | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8901 | | | | |
| | ALLIANCE ONE RECEIVABLES MGMNT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7524 | | | | |
| | ALTOONA REGIONAL HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4543 | | | | |
| | ECMC(*) | 15,564.52 | 0.00 | 0.00 | 0.00 |
| | Acct: 4520 | | | | |
| | APEX ASSET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5802 | | | | |
| | BERKS CREDIT & COLLECTIONS INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6056 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 836.45 | 0.00 | 0.00 | 0.00 |
| | Acct: 3431 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 449.78 | 0.00 | 0.00 | 0.00 |
| | Acct: 8498 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 2,867.29 | 0.00 | 0.00 | 0.00 |
| | Acct: 3059 | | | | |
| | CAWLEY AND BERGMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9523 | | | | |
| | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4233 | | | | |
| | CENTRE DIAGNOSTIC IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4925 | | | | |
| | CENTRE DIAGNOSTIC IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2229 | | | | |
| | CENTRE DIAGNOSTIC IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4334 | | | | |
| | CENTRE DIAGNOSTIC IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2329 | | | | |
| | CENTRE EMERGENCY MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1126 | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8988 | | | | |
| | CLAIR AND ELEANOR GODISSART | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CLEARFIELD HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2931 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | COLLECTION SERVICE CENTER INC<br>Acct: DNK0 | 0.00 | 0.00 | 0.00 | 0.00 |
| | COLLECTION SERVICE CENTER INC<br>Acct: 8003 | 0.00 | 0.00 | 0.00 | 0.00 |
| | COMPLETE PAYMENT RECOVERY SERVIC<br>Acct: 1210 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CONTINENTAL FINANCE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | CONTINENTAL FINANCE<br>Acct: 9203 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT BUREAU OF LANCASTER COUNTY<br>Acct: 3601 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT COLLECTION SERVICES++<br>Acct: 3429 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT COLLECTION SERVICES++<br>Acct: 7896 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT CONTROL COLLECTIONS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 3940 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 5210 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 0368 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 7424 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 7369 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 3942 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 2603 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 7424 | 0.00 | 0.00 | 0.00 | 0.00 |
| | EXETER FINANCE LLC<br>Acct: 8666 | 14,475.59 | 0.00 | 0.00 | 0.00 |
| | FIRST PREMIER BANK<br>Acct: 2520 | 0.00 | 0.00 | 0.00 | 0.00 |
| | GEISINGER HEALTH SYSTEM<br>Acct: 8722 | 0.00 | 0.00 | 0.00 | 0.00 |
| | GEISINGER HEALTH SYSTEM<br>Acct: 8722 | 0.00 | 0.00 | 0.00 | 0.00 |
| | GEISINGER HEALTH SYSTEM<br>Acct: 8722 | 0.00 | 0.00 | 0.00 | 0.00 |
| | GEISINGER HEALTH SYSTEM<br>Acct: 8722 | 0.00 | 0.00 | 0.00 | 0.00 |
| | HOLIDAY FINANCIAL SERVICES<br>Acct: 5100 | 0.00 | 0.00 | 0.00 | 0.00 |
| | HOLIDAY FINANCIAL SERVICES<br>Acct: 5208 | 0.00 | 0.00 | 0.00 | 0.00 |
| | HOME HEALTH RESOURCE<br>Acct: 1887 | 0.00 | 0.00 | 0.00 | 0.00 |
| | SYNCHRONY BANK<br>Acct: 6987 | 0.00 | 0.00 | 0.00 | 0.00 |
| | AIS PORTFOLIO SERVICES (AMERICAN INF<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | JAMES C WARMBRODT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Unsecured** | | | | |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 191.66 | 0.00 | 0.00 | 0.00 |
| Acct: 5015 | | | | |
| HSBC MORTGAGE SVCS (RE)*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4042 | | | | |
| ICN IPA COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1711 | | | | |
| INTERNAL REVENUE SERVICE* | 13,278.92 | 0.00 | 0.00 | 0.00 |
| Acct: 9538 | | | | |
| L ROSS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8226 | | | | |
| LAFFEY AND ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2548 | | | | |
| LAFFEY AND ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3596 | | | | |
| LAUREL EYE CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6156 | | | | |
| LOWES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6987 | | | | |
| LTD FINANCIAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4010 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 13,400.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4306 | | | | |
| MABT GENESIS RETAIL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2713 | | | | |
| MABT GENESIS RETAIL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3225 | | | | |
| MABT GENESIS RETAIL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9203 | | | | |
| MABT GENESIS RETAIL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0676 | | | | |
| MED EAST POST OPD SURGICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5449 | | | | |
| MED EAST POST OPD SURGICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5449 | | | | |
| MEDICREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3216 | | | | |
| CREDITOR INFORMATION MISSING OR VA( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4480 | | | | |
| MIHALKD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3972 | | | | |
| MT NITTANY MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8507 | | | | |
| MT NITTANY MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0563 | | | | |
| MT NITTANY MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4925 | | | | |
| MT NITTANY MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5803 | | | | |
| MT NITTANY MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0373 | | | | |
| MT NITTANY MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8507 | | | | |
| MOUNT NITTANY PHYSICIAN GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8800 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| NATIONAL CREDIT ADJUSTERS<br>Acct: 3067 | 0.00 | 0.00 | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY GROUP**<br>Acct: 9251 | 0.00 | 0.00 | 0.00 | 0.00 |
| NORTHLAND GROUP INC<br>Acct: 9050 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA COLLECTION SVCS++<br>Acct: 7464 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA COLLECTION SVCS++<br>Acct: 7444 | 0.00 | 0.00 | 0.00 | 0.00 |
| PENELEC/FIRST ENERGY**<br>Acct: 4001 | 9,825.37 | 0.00 | 0.00 | 0.00 |
| PENN CREDIT CORP<br>Acct: 1769 | 0.00 | 0.00 | 0.00 | 0.00 |
| PENN CREDIT CORP<br>Acct: 5754 | 0.00 | 0.00 | 0.00 | 0.00 |
| PENN CREDIT CORP<br>Acct: 3322 | 0.00 | 0.00 | 0.00 | 0.00 |
| PENN CREDIT CORP<br>Acct: 3503 | 0.00 | 0.00 | 0.00 | 0.00 |
| PENN CREDIT CORP<br>Acct: 1636 | 0.00 | 0.00 | 0.00 | 0.00 |
| PENN CREDIT CORP<br>Acct: 3322 | 0.00 | 0.00 | 0.00 | 0.00 |
| PENN HIGHLANDS<br>Acct: 2230 | 0.00 | 0.00 | 0.00 | 0.00 |
| PENN HIGHLANDS<br>Acct: 835H | 0.00 | 0.00 | 0.00 | 0.00 |
| PENN HIGHLANDS<br>Acct: 419H | 0.00 | 0.00 | 0.00 | 0.00 |
| PENN HIGHLANDS<br>Acct: 2230 | 0.00 | 0.00 | 0.00 | 0.00 |
| PENN HIGHLANDS<br>Acct: 4473 | 0.00 | 0.00 | 0.00 | 0.00 |
| PENN HIGHLANDS DUBOIS<br>Acct: 5325 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 5674 | 800.13 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 2138 | 1,274.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT CASCAD<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| QUEST DIAGNOSTIC VENTURE LLC<br>Acct: 3115 | 0.00 | 0.00 | 0.00 | 0.00 |
| R & R RADIOLOGY<br>Acct: 6927 | 0.00 | 0.00 | 0.00 | 0.00 |
| SCHEER GREEN AND BURKE COMPANY<br>Acct: 9084 | 0.00 | 0.00 | 0.00 | 0.00 |
| SCHUMACHER GROUP<br>Acct: 3839 | 0.00 | 0.00 | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEMS*<br>Acct: 1741 | 0.00 | 0.00 | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES INC(*)<br>Acct: 4042 | 0.00 | 0.00 | 0.00 | 0.00 |
| THE CARING HEALTHCARE NETWORK<br>Acct: 1031 | 0.00 | 0.00 | 0.00 | 0.00 |
| HMC GROUP<br>Acct: 3011 | 0.00 | 0.00 | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |

| 17-70777 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 6 of 7 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| Acct: 2931 | | | | |
|   TRIBUTE GOLD MASTERCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1678 | | | | |
|   TYRONE HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4172 | | | | |
|   UNITED RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9090 | | | | |
|   UOC SURGICAL SERVICES LIMITED | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2910 | | | | |
|   UOC SURGICAL SERVICES LIMITED | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2910 | | | | |
|   UOC SURGICAL SERVICES LIMITED | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6850 | | | | |
|   UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5298 | | | | |
|   UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4520 | | | | |
|   UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5209 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 1,830.89 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
|   BENEFICIAL CDC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   DAVID J HICKTON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   DELTA MANAGEMENT GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   MRS ASSOCIATES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   ALLY FINANCIAL(*) | 1,962.84 | 0.00 | 0.00 | 0.00 |
| Acct: 4939 | | | | |
|   WILLIAM CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   CREDIT ACCEPTANCE CORP* | 6,635.82 | 0.00 | 0.00 | 0.00 |
| Acct: 7772 | | | | |

*** N O N E ***

TOTAL PAID TO CREDITORS      5,353.06

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 16,403.63 |
| SECURED | 59,476.00 |
| UNSECURED | 83,393.26 |

Date: 05/17/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com